UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

ERNEST DILLABOUGH,

        Petitioner,

Case No. 2:25-cv-116

v.

Honorable Ray Kent

TODD TARDIFF,

        Respondent.
_____/

## JUDGMENT

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to correct a deficiency by timely filing an amended petition.

Dated:  August 7, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge